**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

GARRY M. THOMPSON                                                                          PLAINTIFF

V.                                            4:04CV00685 JTR

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration                                                                                  DEFENDANT

**ORDER**

Pending before the Court[1] is Plaintiff's Motion for Allowance of Attorney's Fee Pursuant to the Equal Access to Justice Act ("EAJA") (*see* docket entries #16, #17, #18, and #19). Defendant has filed a Response (docket entry #20). For the reasons set forth herein, the Motion will be granted.

On July 16, 2004, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") that denied him social security benefits (docket entry #2). On August 17, 2005, the Court entered a Memorandum and Order and Judgment (docket entries #13 and #14) that remanded the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On October 19, 2005, Plaintiff's attorney, Mr. Randolph M. Baltz, filed a Motion for Allowance of Attorney's Fee Pursuant to the EAJA for 17.1 hours of work performed by him at the adjusted rate of $152.00 an hour ($2,599.20). Defendant does not object to the Motion.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of

---

[1] On July 30, 2004, the parties consented to proceed before a United States Magistrate Judge (docket entry #5).

attorney's fees under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $2,599.20.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Allowance of Attorney's Fee Pursuant to the EAJA (docket entry #18) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Randolph M. Baltz, attorney for Plaintiff, $2,599.20, which has been awarded as fees pursuant to the EAJA.

DATED this 21st day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE